**SNYDER LAW, LLP**
**Barry Clifford Snyder (SB# 62844)**
**Osbelia Castillo (SB# 283373)**
420 South Fairview Avenue, Suite 102
Santa Barbara, California 93117
Telephone No.: 805.692.2800
Facsimile No.: 805.692.2801                    JS-6
bsnyder@snyderlaw.com
ocastillo@snyderlaw.com

Attorneys for Defendant
TRANSDEV SERVICES, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ERIN RUIZ, an individual | Case No. 5:15-cv-02307-VAP-KK |
|        Plaintiff, | [San Bernardino County Case No. CIVDS1509338] |
| v. | |
| TRANSDEV SERVICES, INC., a corporation & DOES 1 through 100, inclusive, | **ORDER RE STIPULATION TO REMAND CASE TO SUPERIOR COURT AND CAP PLAINTIFF'S DAMAGES** |
|        Defendants. | [Stipulation filed concurrently] |

Good cause appearing therefor, the Court orders as follows:

    1.    This matter shall be immediately remanded to the San Bernardino County Superior Court, where the parties to the Stipulation have agreed that plaintiff, ERIN RUIZ, will not recover more than $74,999.00.

    2.    All pending deadlines and hearings in this Court are vacated.

    IT IS SO ORDERED.

Dated: December 29, 2015

_____
JUDGE OF THE DISTRICT COURT

**[PROPOSED] ORDER RE STIPULATION TO REMAND CASE AND CAP DAMAGES**